**IT IS ORDERED as set forth below:**

**Date: November 13, 2018**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-71355-lrc |
| | ) | |
| Anne Un-Kyung Kim | **)** | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

### ORDER ON DEBTOR'S MOTION TO APPROVE SALE OF RESIDENCE

On October 24, 2018, Debtor filed a "Motion to Sell" (Doc No. 44) seeking an approval to sell the primary residence with proceeds going to the Chapter 13 Trustee. The matter was scheduled for a hearing and held on November 6, 2018. Although an Objection to the Motion to Sell was filed, there was no opposition at the hearing at which the Attorney for the Debtor and the Trustee appeared.

Therefore, It is hereby

ORDERED that the proposed sale is approved. It is further

ORDERED that the closing attorney shall direct the proceeds from the sale after the liens on the property are paid to the office of the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Draft prepared and presented by:

/s/
Dan Saeger
Georgia Bar No.680628
RICKMAN & ASSOCIATES, PC
1755 North Brown Road Ste. 200
Lawrenceville, Georgia 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

No Opposition:

/s/    *with express permission*
William A. Bozarth
Staff Attorney for Chapter 13 Trustee
Georgia Bar No. 940530
260 Peachtree Street N.W.
Suite 200
Atlanta, GA  30303

## DISTRIBUTION LIST

**Chapter 13 Trustee**
Melissa J. Davey
Suite 200
260 Peachtree Street
Atlanta, GA  30303

Anne Un-Kyung Kim
2250 Norbury Dr.  SE
Smyrna, GA  30080-5203

And all Creditors attached in the matrix below.

```
Label Matrix for local noticing          A1 Orthopedic Center                     American InfoSource
113E-1                                   c/o IC Systems                           PO Box 71083
Case 16-71355-lrc                        PO Box 64378                             Charlotte, NC  28272-1083
Northern District of Georgia             Saint Paul, MN  55164-0378
Atlanta
Mon Oct 29 10:56:19 EDT 2018

Capital One  Bank                        Capital One Auto Finance                 Capital One Bank
c/o American InfoSource LP               PO Box 201347                            PO Box 30281
PO Box 71083                             Arlington, TX  76006-1347                Salt Lake City, UT  84130-0281
Charlotte, NC  28272-1083


City of Atlanta                          Cobb Medical Associates                  Melissa J. Davey
PO Box 105275                            3903 S Cobb Dr SE                        Melissa J. Davey, Standing Ch 13 Trustee
Atlanta, GA  30348-5275                  Smyrna, GA 30080-6301                    Suite 200
                                                                                  260 Peachtree Street, NW
                                                                                  Atlanta, GA 30303-1236


Emory Adventist Hospital                 Federal National Mortgage Association    Frost Arnett Collections
c/o Kevin Wilson Law Office              C/O Seterus, Inc                         PO Box 198988
2810 Walker Rd # 102                     PO Box 1047                              Nashville, TN  37219-8988
Chattanooga, TN  37421-1082              Hartford, CT 06143-1047


(p)GEORGIA DEPARTMENT OF REVENUE         Harvard Collections                      INTERNAL REVENUE SERVICE
COMPLIANCE DIVISION                      4839 N Elston Ave                        P O BOX 7346
ARCS BANKRUPTCY                          Chicago, IL 60630-2589                   2970 MARKET STREET
1800 CENTURY BLVD NE SUITE 9100                                                   PHILADELPHIA, PA. 19104-5002
ATLANTA GA 30345-3202


(p)INTERNAL REVENUE SERVICE              (p)JEFFERSON CAPITAL SYSTEMS LLC         Anne Un-Kyung Kim
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 7999                              2260 Norbury Dr SE
PO BOX 7346                              SAINT CLOUD MN 56302-7999                Smyrna, GA 30080-5203
PHILADELPHIA PA 19101-7346


Magistrate Court of Cobb County          Daniel E. Melchi                         North American Credit Services
32 Waddell St                            Lueder, Larkin & Hunter, LLC             2810 Walker Rd
Marietta, GA  30090-2900                 Suite 390                                Chattanooga, TN  37421-1082
                                         5900 Windward Parkway
                                         Alpharetta, GA 30005-5479


Paces Ferry Registry HOA                 Paces Ferry Registry HOA, Inc.           Professional Account Mgmt
c/o Lueder, Larkin & Hunter LLC          c/o Lueder, Larkin & Hunter, LLC         633 W Wisconsin Ave
5900 Windward Pkwy # 390                 5900 Windward Parkway, Suite 390         Milwaukee, WI 53203-1920
Alpharetta, GA  30005-5479               Alpharetta, GA 30005-5479


(p)PROFESSIONAL DEBT MEDIATION           Robert Scott Rickman                     Daniel R. Saeger
7948 BAYMEADOWS WAY                      Rickman & Associates, PC                 Rickman & Associates, P.C.
2ND FLOOR                                Suite 200                                706 S Thornton Ave. Ste. D
JACKSONVILLE FL 32256-8539               1755 North Brown Road                    Dalton, GA 30720-8212
                                         Lawrenceville, GA 30043-8196


Santander Consumer USA                   Scholastic Reading Club                  Seterus Inc./Fannie Mae
PO Box 961245                            PO Box 7504                              PO Box 2008
Fort Worth, TX  76161-0244               Jefferson City, MO  65102-7504           Grand Rapids, MI  49501-2008
```

```
Seterus, Inc.                          Smyrna Emergency Physicians         Superior Court of Cobb County
PO Box 2008                            3949 S Cobb Dr SE                   70 Haynes St
Grand Rapids, MI  49501-2008           Smyrna, GA  30080-6342              Marietta, GA  30090-5901


U. S. Attorney                         Mallory Velten
600 Richard B. Russell Bldg.           Brock & Scott, PLLC
75 Ted Turner Drive, SW                4360 Chamblee Dunwoody Road
Atlanta GA 30303-3315                  Suite 310
                                       Atlanta, GA 30341-1056
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Dept of Revenue                Internal Revenue Service            Jefferson Capital Systems, LLC
Taxpayer Services Div.                 Attn: Centralized Insolvency Operation   PO Box 7999
PO Box 105499                          PO Box 21126                        Saint Cloud, MN  56302-7999
Atlanta, GA 30348-5499                 Philadelphia, PA 19114-0326


Professional Debt Mediation Inc.
4161 Carmichael Ave # 201
Jacksonville, FL  32207-2316
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Federal National Mortgage Association      (u)Paces Ferry Registry HOA, Inc.    End of Label Matrix
                                                                                    Mailable recipients    34
                                                                                    Bypassed recipients     2
                                                                                    Total                  36
```